

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-19-00059-CV |
| Style: | Rich Robins v. Austen Perry Clinkenbeard and Jonathon G. Clinkenbeard |
| | aka "Jon Clinkenbeard" |
| Date motion filed[*]: | October 10, 2019 |
| Type of motion: | Unopposed Motion to Amend Reply Brief's Indexing of Authorities and Table of Contents |
| Party filing motion: | Pro se Appellant, Rich Robins |
| Document to be filed: | Amended Reply Brief (submitted with motion) |

Is appeal accelerated? ☒ Yes    ☐ No

Ordered that motion is:

☒ Granted

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other:

Judge's signature: /s/   Evelyn V. Keyes
                         Acting individually


Date:  October 17, 2019